# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ILSE CAPPEL,<br><br>　　　　Defendant. | Case No. 02 CV 2310 JM (JMA)<br><br>**ORDER CONTINUING STATUS HEARING**<br><br>Judge: Hon. Jeffrey T. Miller<br>Courtroom 16 |

Based on the joint motion of Defendant Ilse Cappel and Plaintiff Securities and Exchange Commission, by and through their respective counsel,

**IT IS HEREBY ORDERED** that the status hearing be continued from November 6, 2009 to *January 8, 2010, at 1:30 p.m.*

DATED: October 19, 2009

　　　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

02cv2310