# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION, | Case No. 02CV2310-JM-JMA |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING |
| v. | Judge:  Hon Judge Jeffrey T. Miller |
| ILSE CAPPEL, | Courtroom 16 |
| Defendant. | |

Based on the joint motion of Plaintiff Securities and Exchange Commission and Defendant Ilse Cappel, by and through their respective counsel,

IT IS HEREBY ORDERED that the status hearing be continued from January 8, 2010 to ***February 12, 2010, at 1:30 pm***.

Dated: December  17, 2009                             By: _____
                                                                              Jeffrey T. Miller
                                                                              United States District Court

- 1 -

02CV2310-JM-JMA